CHRISTOPHER W. KENNERLY (SB# 255932)
chriskennerly@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Ave.
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

JEFFREY D. COMEAU (SB# 259679)
jeffreycomeau@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive
Twelfth Floor
San Diego, CA 92121-3114
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Attorneys for Defendant
AT&T MOBILITY LLC

**FILED**
Oct 29 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ scottt  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HTC CORPORATION, et al.,<br><br>Defendants. | CASE NO. 15CV2373 BEN MDD<br><br>PENDING IN UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS<br><br>CASE NO. 6:13-CV-00507-KNM (CONSOLIDATED LEAD CASE)<br><br>**AT&T MOBILITY LLC'S MOTION FOR LEAVE TO SEAL**<br><br>Date:<br>Time:<br>Dept.: |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant AT&T Mobility LLC ("AT&T") respectfully submits this Motion For Leave to Seal its Motion to Compel Acacia Research Corporation to Produce Patent License Agreements and Related Documents, as well as the accompanying

-1-

COPY

MOTION TO SEAL

Memorandum in Support and Exhibits. In Support of its Motion, AT&T states as follows:

AT&T's Motion to Compel, Memorandum in Support, and Exhibits, contain information that has been designated Confidential and Highly Confidential pursuant to a Protective Order entered in the Eastern District of Texas in the underlying action 13-cv-00507-KNM. Given the provisions of the Protective Order and the nature of the information reflected in these filings, it is necessary to file the Memorandum and supporting evidence under Seal.

For the reasons set forth above, AT&T requests an Order from this Court granting AT&T leave to file its Memorandum in Support of its Motion to Compel and supporting evidence under Seal.

DATED: October 20, 2015

Respectfully submitted,

PAUL HASTINGS LLP

By: /s/ Jeffrey D. Comeau
JEFFREY D. COMEAU
CA SB# 259679
jeffreycomeau@paulhasting.com
PAUL HASTINGS LLP
4747 Executive Drive
Twelfth Floor
San Diego, CA 92121-3114
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Attorney for Defendant
AT&T MOBILITY LLC