UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>         Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br><br>         Defendants. | Case No.:  15cv2373-JAH-MDD<br><br>**ORDER RE: AT&T MOBILITY LLC'S MOTION TO COMPEL ACACIA FOR PRODUCTION OF DOCUMENTS** |

  On October 29, 2015, AT&T Mobility LLC (AT&T) moved to seal its Notice of Motion and Motion to Compel Acacia Research Corporation (Acacia) to Produce Patent License Agreements and Related Documents. (ECF No. 1). The Court Orders as follows:

  1. On or before **November 13, 2015**, AT&T must serve Acacia with the moving papers and file a notice regarding completion of service.

  2. On or before **November 13, 2015**, AT&T must file a redacted version of all documents submitted in support of its motion to compel which will be publicly available on the court docket.

3. Within five days of service, Acacia must file a notice stating whether it consents to transfer the pending motion to the Eastern District of Texas pursuant to Fed. R. Civ. P. 45(f).

4. If Acacia does not consent to transfer the pending motion to compel, AT&T must file a statement as to whether this case falls within the exceptional circumstances category justifying transfer under Rule 45(f).

5. Following the decision regarding transfer, if the case remains in this Court, a briefing schedule regarding the merits will be issued.

IT IS SO ORDERED.

Dated: **November 5, 2015**

Hon. Mitchell D. Dembin
United States Magistrate Judge