FILED
OCT 20 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

1  CHRISTOPHER W. KENNERLY (SB# 255932)
   chriskennerly@paulhastings.com
2  PAUL HASTINGS LLP
   1117 S. California Ave.
3  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
4  Facsimile: (650) 320-1900

5  JEFFREY D. COMEAU (SB# 259679)
   jeffreycomeau@paulhastings.com
6  PAUL HASTINGS LLP
   4747 Executive Drive
7  Twelfth Floor
   San Diego, CA 92121-3114
8  Telephone: (858) 458-3000
   Facsimile: (858) 458-3005
9
   Attorneys for Defendant
10 AT&T MOBILITY LLC

11              UNITED STATES DISTRICT COURT
12              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HTC CORPORATION, et al.,<br><br>Defendants. | CASE NO. 15CV2373 BEN MDD<br><br>PENDING IN UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS<br><br>CASE NO. 6:13-CV-00507-KNM (CONSOLIDATED LEAD CASE)<br><br>**AT&T MOBILITY LLC'S NOTICE OF MOTION AND MOTION TO COMPEL ACACIA RESEARCH CORPORATION TO PRODUCE PATENT LICENSE AGREEMENTS AND RELATED DOCUMENTS**<br><br>Date:<br>Time:<br>Dept.: |

**FILED UNDER SEAL**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

COPY

-1-

-2-

PLEASE TAKE NOTICE that as soon as the matter can be heard in this court, Defendant AT&T Mobility LLC ("AT&T") will move the Court to compel production of documents by third party Acacia Research Corporation.

Pursuant to Fed. R. Civ. P. 45, AT&T hereby respectfully moves for an order compelling Acacia Research Corporation to produce the following documents in response to AT&T's subpoena:

- All licenses to the Asserted Patents involving Nokia Corp., Siemens and/or NSN;
- Complete and unredacted copies of the redacted agreements relating to NSN, Nokia Corp., and Siemens;
- ███████████████████████████████████
- All agreements between one or more of the Inventors and one or more of Acacia, CCE, Nokia Corp., Siemens, and/or NSN related to User Equipment or any of the Patents-in-Suit, any Related Patent, or any Related Application;
- All license or settlement agreements relating to the Asserted Patents or similar technology;
- All portfolio licenses that include the Asserted Patents, and those that do not include one or more Asserted Patents; and
- Documents memorializing negotiations of licenses.

This motion is supported by this notice and motion, the memorandum of points and authorities, declaration of Jeffrey D. Comeau and exhibits submitted concurrently herewith.

-3-

| | | |
|---|---|---|
| 1 | DATED: October 20, 2015 | Respectfully submitted, |
| 2 | | PAUL HASTINGS LLP |
| 3 | | By: /s/ Jeffrey D. Comeau |
| 4 | | JEFFREY D. COMEAU<br>CA SB# 259679 |
| 5 | | jeffreycomeau@paulhasting.com<br>PAUL HASTINGS LLP |
| 6 | | 4747 Executive Drive<br>Twelfth Floor |
| 7 | | San Diego, CA 92121-3114<br>Telephone: (858) 458-3000<br>Facsimile: (858) 458-3005 |
| 8 | | |
| 9 | | Attorney for Defendant<br>AT&T MOBILITY LLC |

NOTICE OF MOTION AND MOTION TO COMPEL