# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § § § § § § | CASE NO. 6:13-CV-507  CONSOLIDATED LEAD CASE |
| Plaintiff, | | |
| v. | | |
| HTC CORPORATION, et al., | | |
| Defendants. | | |

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § § § § § § § | CASE NO. 6:15-CV-1155  MEMBER CASE |
| Plaintiff, | | |
| v. | | |
| HTC CORPORATION, et al., | | |
| Defendants. | | |

## ORDER

Before the Court is AT&T's Motion to Compel Acacia (Case No. 6:15-cv-1155, Doc. No. 7), AT&T's Motion to Compel CCE (Case No. 6:13-cv-507, Doc. No. 549), and CCE's Motion to Compel AT&T (Case. No. 6:13-cv-507, Doc. No. 536). The Court held a hearing on all three motions on April 26, 2016.

Prior to the start of the hearing, AT&T and Acacia reached agreements regarding document production which disposed of the issues in both of AT&T's motions to compel. AT&T's counsel recited these agreements on the record. First, AT&T stated that AT&T and Acacia reached an agreement that Acacia will produce the unredacted versions of the Saint

1

Lawrence Agreements. Case No. 6:13-cv-507, Doc. No. 592 ("*Hearing Transcript*") at 3:11-18. Second, AT&T stated that AT&T and Acacia reached an agreement that Acacia will produce any of the underlying agreements that have not already been produced as to four other Acacia portfolios. *Id.* at 3:20-4:7. AT&T represented that it is willing to forego production of the other portfolios, if Acacia produced those four. *Id.* at 4:8-10. Third, AT&T represented that AT&T and Acacia have reached an agreement regarding production of negotiation documents relating to the other portfolios, where both sides will make good faith efforts to ensure production. *Id* at 4:12-23. Due to these agreements, AT&T stated that its two motions to compel are resolved. *Id.* at 7:12-15. In light of the agreements reached and the representations made to the Court, AT&T's Motion to Compel Acacia (6:15-cv-1155, Doc. No. 7) and AT&T's Motion to Compel CCE (6:13-cv-507, Doc. No. 549) are **DENIED AS MOOT**. The parties are **ORDERED** to make good faith efforts to ensure document production.

CCE's Motion to Compel AT&T relates to document production regarding the '8923 Patent. On March 15, 2016, the Patent Trial and Appeal Board ("PTAB") instituted a second *inter partes* review ("IPR") involving all '8923 patent claims asserted in the above-captioned case. Doc. No. 577 at 2. On April 20, 2016, all claims pertaining to the '8923 Patent were severed from this case and stayed pending the resolution of the IPR. *See* Doc No. 581; *See also* Case No. 6:16-cv-363. CCE and AT&T represented to the Court that the motion is moot at this time. *Hearing Transcript* at 7:18-23. Thus, CCE's Motion to Compel AT&T (6:13-cv-507, Doc. No. 536) is **DENIED AS MOOT**.

So ORDERED and SIGNED this 12th day of May, 2016.

_K. Nicole Mitchell_
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE