IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT, LLC** | § § § § | |
| | § | **CASE NO. 6:15-cv-1155** |
| v. | § § | |
| **HTC CORPORATION, et al.** | § § § | |

**ORDER**

In the United States District Court for the Southern District of California, AT&T Mobility LLC filed a Motion to Compel Acacia Research Corporation to Produce Patent License Agreements and Related Documents. *See Cellular Communications Equipment, LLC v. HTC Corporation, et al.*, Case. No. 3:15-cv-02373-JAH-MDD. The Motion was filed in relation to a case that was pending in this district—Case No. 6:13-cv-507. Pursuant to FED.R.CIV.P. 45(f), the Southern District of California transferred the motion to compel to this Court on December 17, 2015 and it was filed as the above-styled case.

This Court then consolidated this case with Civil Action No. 6:13-cv-507. On April 26, 2016, the Court held a hearing on the motion and denied the motion as moot. The Court then ordered the parties to submit a status report notifying the Court of the status of this case and stating whether it should be dismissed. The parties filed a Joint Status Report (ECF 32) agreeing that the sole matter at issue in this case—the motion to compel—has been resolved. It is therefore

**ORDERED** that the sole matter at issue in this case, the motion to compel, has been resolved and the Clerk shall **CLOSE** the above-styled civil action.

So ORDERED and SIGNED this 11th day of September, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE